IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| DAKOTA ENERGY COOPERATIVE, INC., <br><br>*Plaintiff,* <br><br>v. <br><br>EAST RIVER ELECTRIC POWER COOPERATIVE, INC., <br><br>*Defendant,* <br><br>v. <br><br>BASIN ELECTRIC POWER COOPERATIVE, <br><br>*Intervenor.* | Case No. 4:20-cv-04192-LLP <br><br><br>**Basin Electric Power Cooperative's Motion for Intervention Pursuant to Fed. R. Civ P. 24** |

Pursuant to Federal Rule of Civil Procedure 24, Basin Electric Power Cooperative ("Basin"), by and through its undersigned counsel, hereby moves this Court to allow Basin to intervene in the above-captioned action ("Action") as of right or, alternatively, to intervene permissively. This motion is supported by the accompanying Memorandum of Law and Pleading in Intervention which sets forth the claims for which intervention in this Action is sought.

Prior to filing this motion, Counsel for Basin provided counsel for Plaintiff Dakota Energy Cooperative, Inc. ("Dakota") and counsel for Defendant East River Electric Power Cooperative, Inc. ("East River") with drafts of the accompanying Memorandum of Law and Pleading in Intervention. Defendant East River has consented to the motion, while Plaintiff Dakota has declined to consent and will oppose the Motion.

This Motion is not made for the purposes of delay or for any other improper purpose.

Dated January 20, 2021.

        Respectfully submitted,

        */s/ Meredith A. Moore*

CUTLER LAW FIRM, LLP

MEREDITH A. MOORE
140 N. Phillips Ave., 4th Floor
PO Box 1400
Sioux Falls, SD 57101-1400
T:  +1 605 335 4995
F:  +1 605 335 4961
meredithm@cutlerlawfirm.com

ORRICK, HERRINGTON & SUTCLIFFE LLP

J. PETER COLL, JR. (*pro hac vice pending*)
51 West 52nd Street
New York, NY 10019-6142
T:  +1 212 506 5000
F:  +1 212 506 5151
pcoll@orrick.com

JONATHAN A. DIRENFELD (*pro hac vice pending*)
1152 15th St NW
Washington, D.C. 20005-1706
T:  +1 202 339 8400
F:  +1 202 339 8500
jdirenfeld@orrick.com

MATTHEW D. LABRIE (*pro hac vice pending*)
222 Berkeley Street, Ste. 200
Boston, MA 02116
T:  +1 617 880 1800
F:  +1 617 880 1801
mlabrie@orrick.com

*Counsel for Basin Electric Power Cooperative*