# EXHIBIT E

# AMENDMENT TO
# WHOLESALE POWER CONTRACT
# BY AND BETWEEN
# BASIN ELECTRIC POWER COOPERATIVE
# AND
# EAST RIVER ELECTRIC POWER COOPERATIVE, INC.

This Amendment to Wholesale Power Contract is made as of this 15th day of August, 2006, by and between Basin Electric Power Cooperative, 1717 East Interstate Avenue, Bismarck, North Dakota 58501 (**Seller**), a North Dakota electric cooperative corporation, and East River Electric Power Cooperative (**Member**), a South Dakota cooperative whose principal place of business is located in or near Madison, South Dakota.

## WITNESSETH:

WHEREAS, Seller and Member entered into a certain Wholesale Power Contract dated as of April 5, 1962, as amended (**Wholesale Contract**); and

WHEREAS, Seller and Member are entering into this Agreement to extend the term of their Wholesale Contract;

NOW THEREFORE, in consideration of the mutual undertakings herein contained, the parties hereby agree as follows:

I. Section 10 of the Wholesale Contract as amended by the Amendment to Wholesale Power Contract on December 1, 1994, Section IV, is hereby amended by deleting the date "December 31, 2039", and substituting the date "December 31, 2058".
II. This agreement is subject to the approval of the Administrator of the Rural Utilities Services.

Executed as of the day and year first above written.



ATTEST:

Secretary, Kermit Pearson

**BASIN ELECTRIC POWER COOPERATIVE**

By: *Wayne L. Child*
Its: President, Wayne L. Child

(SEAL)

ATTEST:

James Ryken

**EAST RIVER ELECTRIC POWER COOPERATIVE, INC.**

By: *Wayne Wright*
Its: President, Wayne Wright

Page 2 of 2