UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| DAKOTA ENERGY COOPERATIVE, INC., | \* | CIV 20-4192 |
| Plaintiff/ Counter-Claim Defendant, | \* | |
| vs. | \* | |
| EAST RIVER ELECTRIC POWER COOPERATIVE, INC., | \* | ORDER |
| Defendant/ Counter-Claim Plaintiff/ Cross-Claim Defendant, | \* | |
| and | \* | |
| BASIN ELECTRIC POWER COOPERATIVE, | \* | |
| Intervenor-Defendant/ Counter-Claim Plaintiff/ Cross-Claim Plaintiff. | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Pending before the Court is Plaintiff's Appeal from the Magistrate Judge's Rulings Regarding Parol and Extrinsic Evidence, Doc. 80. After consideration of the file,

IT IS ORDERED that Plaintiff shall have until September 20, 2021 to file and serve its brief in support of the appeal; that opposing counsel shall file and serve their answering brief on or before October 4, 2021; and any reply brief shall be filed and served on or before October 12, 2021.

Dated this 7th day of September, 2021.

BY THE COURT:

_____
Lawrence L. Piersol
United States District Judge

ATTEST:
MATTHEW W. THELEN, CLERK
_____