# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH DAKOTA
## SOUTHERN DIVISION

| | |
|---|---|
| DAKOTA ENERGY COOPERATIVE, INC., | Case 4:20-cv-04192-LLP |
| *Plaintiff/ Counter-Claim Defendant,* | |
| v. | **PLAINTIFF'S NOTICE OF APPEAL** |
| EAST RIVER ELECTRIC POWER COOPERATIVE, INC., | |
| *Defendant/ Counter-Claim Plaintiff/ Cross-Claim Defendant,* | |
| and | |
| BASIN ELECTRIC POWER COOPERATIVE, | |
| *Intervenor-Defendant/ Counter-Claim Plaintiff/ Cross-Claim Plaintiff.* | |

Plaintiff, Dakota Energy Cooperative, Inc., appeals to the United States Court of Appeals for the Eighth Circuit from the Final Judgment, ECF No. 184, entered on April 11, 2022, and all previous opinions and orders of the district court, including but not limited to the Memorandum Opinion and Order Granting Motion to Intervene, ECF No. 38, entered on March 15, 2021, and the Memorandum Opinion and Order on Motions for Summary Judgment, ECF No. 183, entered on April 11, 2022.

Dated:  April 27, 2022

Respectfully submitted,

SCHOENBECK & ERICKSON, PC

/s/ Lee Schoenbeck
Lee Schoenbeck
Joseph Erickson
1200 Mickelson Dr., #310
Watertown, SD 57201
Telephone:   605.886.0010
Facsimile:    605.886.0011
Email:  lee@schoenbecklaw.com
            joe@schoenbecklaw.com


WHEELER TRIGG O'DONNELL LLP

Peter W. Herzog III (*pro hac vice*)
Joel S. Neckers (*pro hac vice*)
370 Seventeenth Street, Suite 4500
Denver, CO 80202
Telephone:   303.244.1800
Facsimile:    303.244.1879
Email:  pherzog@wtotrial.com
            neckers@wtotrial.com


Attorneys for Plaintiff/Counter-Claim
Defendant Dakota Energy Cooperative, Inc.

**CERTIFICATE OF SERVICE (CM/ECF)**

  I HEREBY CERTIFY that on April 27, 2022, I electronically filed the foregoing **PLAINTIFF'S NOTICE OF APPEAL** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

The following are those who are currently on the list to receive e-mail notices for this case.

- **J. Peter Coll, Jr**
  pcoll@orrick.com, nymao@orrick.com

- **Jonathan A. Direnfeld**
  jdirenfeld@orrick.com, nymao@orrick.com

- **Joseph B. Erickson**
  joe@schoenbecklaw.com, jerickson14417@gmail.com

- **Peter W. Herzog**
  pherzog@wtotrial.com, licausi@wtotrial.com

- **Martin J. Jackley**
  mjackley@gpna.com, cmoser@gpna.com

- **Matthew H. Jasilli**
  jasilli@wtotrial.com

- **Matthew D. LaBrie**
  mlabrie@orrick.com, nymao@orrick.com, casestream@ecf.courtdrive.com

- **Tracey K. Ledbetter**
  traceyledbetter@eversheds-sutherland.com, betzhandmaker@eversheds-sutherland.com

- **Michael L. Luce**
  mluce@lynnjackson.com, mschmitt@lynnjackson.com

- **Stacey M. Mohr**
  Staceymohr@eversheds-sutherland.com

- **Meredith A. Moore**
  meredithm@cutlerlawfirm.com, deanneu@cutlerlawfirm.com

- **Joel S. Neckers**
  neckers@wtotrial.com, licausi@wtotrial.com

- **James A. Orr**
  jamesorr@eversheds-sutherland.com

- **Dana Van Beek Palmer**
  dpalmer@lynnjackson.com, alangerock@lynnjackson.com

- **R. Alan Peterson**
  rpeterson@lynnjackson.com, alangerock@lynnjackson.com

- **Lee A. Schoenbeck**
  lee@schoenbecklaw.com, joe@schoenbecklaw.com, jen@schoenbecklaw.com, karen@schoenbecklaw.com

- **Andrew D. Silverman**
  asilverman@orrick.com, nymay@orrick.com

- **Jason A. Glodt**
  jglodt@gpna.com

           s/ Lee Schoenbeck
           LEE SCHOENBECK