# United States District Court
## District of South Dakota
Office of the Clerk

| Central/Northern Division | Southern Division | Western Division |
|---|---|---|
| P.O. Box 7147 | 400 South Phillips, | 515 Ninth Street, |
| Pierre, SD 57501 | Room 128 | Room 302 |
| | Sioux Falls, SD 57104 | Rapid City, SD 57701 |

Matthew W. Thelen  
Clerk of Court

Telephone  
(605) 330-6600

April 27, 2022

### TRANSMITTAL OF NOTICE OF APPEAL IN A CIVIL CASE

1. **Case No. & Short Caption:** 4:20-cv-4192; Dakota Energy Cooperative, Inc. v. East River Electric Power Cooperative, Inc.

2. **Date Notice of Appeal filed:** 4/27/2022

3. **Have other appeals been filed in this case? If so, Appeal No.:** No

4. **Court Reporter:**
   Carla Dedula  
   400 S. Phillips Ave.  
   Sioux Falls, SD  57104  
   605-330-6669  
   Email: carla_dedula@sdd.uscourts.gov

   Cheryl Hook  
   225 S. Pierre Street  
   Pierre, SD  57501  
   605-945-4626  
   Email: cheryl_hook@sdd.uscourts.gov

5. **Fee Status:**

   ☒ **Paid**   ☐ **Not Paid**   ☐ **IFP granted**   ☐ **IFP Pending**

   *NOTE*: If this is a prisoner civil appeal, do *not* transmit the appeal until the filing fee has been paid or the district court rules on IFP. Otherwise, the Eighth Circuit will issue a limited remand.

6. **Are there any other pending motions?** No

|   |   |   |
|---|---|---|
|   | **If yes, list pending motions and document numbers:** | N/A |
| 7. | **If this is a §2255 or §2254 appeal, has there been a ruling on COA?** | N/A |

*NOTE:* Do *not* transmit the appeal until the district court rules on the COA or the Eighth Circuit will issue a limited remand

8. **Additional comments:**            N/A

                                                            Office of the Clerk