# United States Court of Appeals
### For The Eighth Circuit
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

April 28, 2022

Mr. Lee Schoenbeck
SCHOENBECK LAW OFFICE
Suite 310
1200 Michelson Drive
Watertown, SD  57201-6325

RE:  22-1884  Dakota Energy Coop, Inc. v. East River Electric Power Coop., Inc.

Dear Counsel:

The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs may be obtained by contacting the St. Louis Clerk's office.

Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office.

Michael E. Gans
Clerk of Court

MMH

Enclosure(s)

cc:    Mr. J. Peter Coll Jr.
       Ms. Carla F. Dedula
       Mr. Joseph B. Erickson
       Ms. Cheryl A. Hook
       Mr. Matthew H. Jasilli
       Mr. Matthew D. LaBrie
       Mr. Michael L. Luce
       Ms. Stacey M. Mohr
       Ms. Meredith A. Moore
       Mr. Joel S. Neckers
       Mr. James A. Orr
       Ms. Dana Van Beek Palmer
       Mr. R. Alan Peterson
       Mr. Andrew D. Silverman
       Ms. Lisa Simpson
       Mr. Matthew W. Thelen

District Court/Agency Case Number(s):   4:20-cv-04192-LLP

**Caption For Case Number:   22-1884**

Dakota Energy Cooperative, Inc.

       Plaintiff - Appellant

v.

East River Electric Power Cooperative, Inc.

       Defendant - Appellee

Basin Electric Power Cooperative

       Intervenor Defendant - Appellee

**Addresses For Case Participants:   22-1884**

Mr. Lee Schoenbeck
SCHOENBECK LAW OFFICE
Suite 310
1200 Michelson Drive
Watertown, SD  57201-6325

Mr. J. Peter Coll Jr.
ORRICK & HERRINGTON
51 W. 52nd Street
New York, NY  10019

Ms. Carla F. Dedula
U.S. DISTRICT COURT
303 U.S. Courthouse
400 S. Phillips Avenue
Sioux Falls, SD  57104-6851

Mr. Joseph B. Erickson
SCHOENBECK LAW OFFICE
Suite 310
1200 Michelson Drive
Watertown, SD  57201-6325

Ms. Cheryl A. Hook
UNITED STATES POST OFFICE AND COURTHOUSE
420
Federal Building
225 S. Pierre Street
Pierre, SD  57501

Mr. Matthew H. Jasilli
WHEELER & TRIGG
Suite 4500
370 17th Street
Denver, CO  80202

Mr. Matthew D. LaBrie
ORRICK & HERRINGTON
222 Berkley Street
Boston, MA  02116

Mr. Michael L. Luce
LYNN & JACKSON
Suite 400
110 N. Minnesota Avenue
Sioux Falls, SD  57101-2700

Ms. Stacey M. Mohr
EVERSHEDS & SUTHERLAND
Suite 2300
999 Peachtree Street, N.E.
Atlanta, GA  30309-3996

Ms. Meredith A. Moore
CUTLER LAW FIRM
100 N. Phillips Avenue
P.O. Box 1400
Sioux Falls, SD  57101-1400

Mr. Joel S. Neckers
WHEELER & TRIGG
Suite 4500
370 17th Street
Denver, CO  80202

Mr. James A. Orr
EVERSHEDS & SUTHERLAND
Suite 2300
999 Peachtree Street, N.E.
Atlanta, GA  30309-3996

Ms. Dana Van Beek Palmer
LYNN & JACKSON
Suite 400
110 N. Minnesota Avenue
Sioux Falls, SD  57101-2700

Mr. R. Alan Peterson
LYNN & JACKSON
Suite 400
110 N. Minnesota Avenue
Sioux Falls, SD  57101-2700

Mr. Andrew D. Silverman
ORRICK & HERRINGTON
51 W. 52nd Street
New York, NY  10019

Ms. Lisa Simpson
ORRICK & HERRINGTON
51 W. 52nd Street
New York, NY  10019

Mr. Matthew W. Thelen
U.S. DISTRICT COURT
District of South Dakota
400 S. Phillips Avenue, Room 128
Sioux Falls, SD  57104