# United States District Court
## District of South Dakota
Office of the Clerk

| | | |
|---|---|---|
| Central/Northern Division<br>P.O. Box 7147<br>Pierre, SD 57501 | Southern Division<br>400 South Phillips,<br>Room 128<br>Sioux Falls, SD 57104 | Western Division<br>515 Ninth Street,<br>Room 302<br>Rapid City, SD 57701 |

Matthew W. Thelen  
Clerk of Court

Telephone  
(605) 330-6600

May 5, 2022

Scott Lewandoski  
Eighth Circuit Court of Appeals  
111 South 10th Street, Suite 24.329  
St. Louis MO  63102

Re:  Your File No.: 22-1884  
Our File No.: 20-4192  
Dakota Energy Cooperative, Inc. v. East River Electric Power Cooperative, Inc.

Dear Scott:

On today's date, the Plaintiff in this matter contacted the Clerk's Office and requested the following documents to be forwarded to the Eighth Circuit Court of Appeals. Enclosed please find the following documents for the above case on appeal:

- Doc. 185 – Transcript of Motion Hearing held on 3-29-22
- Doc. 49 – Transcript of Status Conference held on 5-24-21

If you have any questions, please feel free to contact our office.

Office of the Clerk

Enclosures